UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAQUORI LYONS, et al.,<br><br>Defendants. | Criminal No. 23-cr-10186-ADB |

**ASSENTED-TO MOTION TO APPOINT
A COORDINATING DISCOVERY ATTORNEY**

**I.   Introduction**

Fourteen individuals are charged in a five-count indictment with allegations of a racketeering conspiracy, conspiracy to distribute controlled substances, possession with intent to distribute fentanyl, possession with intent to distribute marijuana, and possession of a firearm in furtherance of a drug trafficking crime. *See* Dkt. No. 57. All 14 individuals have appointed counsel. Of note, there are numerous additional individuals that have been charged separately.

To date the government has produced two rounds of discovery directly to defense counsel. S*ee* Dkt. No. 141. The government's March 29, 2024, Status Report indicates: "the government will be producing additional discovery in multiple productions." *Id.* Additionally, the parties have requested an order declaring this case complex "for the purposes of the Speedy Trial Act given the complex nature of the RICO conspiracy charge and the significant amount of discovery associated with the RICO conspiracy charge" including: "several hundred written reports, electronic materials (including recorded videos and social media postings), and materials related to search warrants." *Id.* at 2–5. In addition, the parties requested a 60-day continuance for the April 3, 2024 Status Conference to allow counsel to pursue the potential use of a coordinating

discovery attorney to facilitate the organization and production of discovery, including the possibility of loading discovery onto laptop computers. *Id.* at 6.

## II.     Motion to Appoint a Coordinating Discovery Attorney

The defendants, by and through their counsel of record, individually and for the benefit of all court-appointed defendants and their counsel move this Court for an order under 18 U.S.C. § 3006A(b) appointing John C. Ellis, Jr. as Coordinating Discovery Attorney ("CDA").  This request is based on the large volume and technical nature of discovery. Specifically, defense counsel seek the appointment of John Ellis to serve as the Coordinating Discovery Attorney ("CDA") in this case.  In over 80 cases throughout the country, federal district courts have appointed Mr. Ellis to serve as a Coordinating Discovery Attorney ("CDA"). Mr. Ellis is one of five National Coordinating Discovery Attorneys under contract with the Administrative Office of the U.S. Courts, Defender Services Office ("DSO"). Under this program, DSO pays for the services of the CDA, though some of his work requires the help of outside litigation support technology companies, which must be funded by the Court. *See* Exhibit A (Administrative Office of the United States Courts June 2019 Memorandum regarding managing large volumes of discovery in CJA cases).

Moreover, Mr. Ellis has experience organizing multiple types of discovery formats while being mindful of maintaining evidentiary integrity.  Based on Mr. Ellis' experience working on these types of cases, his work could save substantial time and costs in assessing and organizing the discovery, as opposed to all defense counsel and their staff learning about the tools to analyze such a large volume of materials.  His work will not include representational services for any defendant.

As the CDA, Mr. Ellis will implement a discovery management plan and advise counsel

on the most efficient ways to review discovery. His responsibilities will include:

- Managing and, unless otherwise agreed upon with the Government, distributing discovery produced by the Government and relevant third-party information common to defense counsel for all defendants;

- Evaluating the volume and type of discovery to determine what technologies will ensure duplicative costs are avoided and that the most efficient and cost-effective methods are identified;

- Acting as a liaison with the United States Attorney's Office to ensure the timely and effective exchange of discovery, resolve form of production issues, and coordinate solutions for any technical problems accessing discovery;

- Engaging with third-party technology vendors and other litigation support services as needed;

- Identifying any additional human resources that may be needed by defense counsel for the organization and substantive review of information; and

- Providing technological tools and training services to the defense teams as a group and individually to ensure efficiency locating relevant data within discovery.

**III.   Conclusion**

For all the reasons set forth above, defense counsel respectfully request that this Court enter an order appointing John C. Ellis, Jr. as the Coordinating Discovery Attorney.


Respectfully submitted,


| JAQUORI LYONS | JOAN AVALO-QUEZADA |
|---|---|
| By his attorney, | By his attorney, |
| /s/ *Joshua Robert Hanye* | /s/ *Jason G. Benzaken* |
| Joshua Robert Hanye (BBO #661686) | Jason G. Benzaken (BBO #658869) |
| joshua_hanye@fd.org | jbenzaken@bmswlaw.com |
| FEDERAL PUBLIC DEFENDER'S OFFICE | BENZAKEN AND WOOD, LLP |
| 51 Sleeper Street | 1342 Belmont Street, Suite 102 |
| Boston, MA 02210 | Brockton, MA 02301 |
| 617-223-8061 | 508-897-0001 |

TREVON BELL

By his attorney,

/s/ *Vivianne E. Jeruchim*
Vivianne E. Jeruchim (BBO #547598)
jeruchim@jdlawyers.com
JERUCHIM & DAVENPORT, LLP
50 Congress Street, Suite 615
Boston, MA 02109
617-720-6047

KEONTE CAMPBELL

By his attorney,

/s/ *Daniel J. Gaudet*
Daniel J. Gaudet (BBO #688120)
dgaudet@carneydefense.com
CARNEY, GAUDET & CARNEY
20 Park Plaza, Suite 614
Boston, MA 02116
617-933-0350

AMOS CARRASQUILLO

By his attorney,

/s/ *Leonard E. Milligan III*
Leonard E. Milligan III (BBO #668836)
lem@mrdklaw.com
MILLIGAN RONA DURAN & KING LLC
28 State Street, Suite 802
Boston, MA 02109
617-395-9493

DESHAWN CIRINO

By his attorneys,

/s/ *William W. Fick*
William W. Fick (BBO #650562)
wfick@fickmarx.com
Amy Barsky (BBO #601111)
abarsky@fickmarx.com
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
857-321-8360

DOMINIQUE FINCH

By his attorneys,

/s/ *Cory S. Flashner*
Cory S. Flashner (BBO # 629205)
csflashner@mintz.com
Edmund P. Daley III (BBO# 692290)
epdaley@Mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC
One Financial Center, 42nd Floor
Boston, MA 02111
617-542-6000

ZION FORD

By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker (BBO #552720)
peter@parkerslaw.com
LAW OFFICE OF E PETER PARKER
33 Bradford Street
Concord, MA 01742
617-742-9099

| | |
|---|---|
| TYRRE HERRING | DE'VONNE MCDONALD-JONES |
| By his attorney, | By his attorney, |
| /s/ *Keren E. Goldenberg*<br>Keren E. Goldenberg (BBO #657629)<br>keren@kgdefenselaw.com<br>THE LAW OFFICES OF KEREN GOLDENBERG<br>19A Alexander Avenue<br>Belmont, MA 02478<br>617-431-2701 | /s/ *John G. Swomley*<br>John G. Swomley (BBO #551450)<br>jswomley@swomleylaw.com<br>SWOMLEY & TENNEN, LLP<br>55 Union Street, 4th Floor<br>Boston, MA 02108<br>617-227-9443 |
| RICKQUILLE MCKINNEY | AMANI PERKINS |
| By his attorney, | By his attorney, |
| /s/ *Gordon W. Spencer*<br>Gordon W. Spencer (BBO #630488)<br>attyspencer@aol.com<br>LAW OFFICE OF GORDON W. SPENCER<br>945 Concord Street<br>Framingham, MA 01701<br>508-231-4822 | /s/ *Paul J. Garrity*<br>Paul J. Garrity (BBO #555976)<br>garritylaw@myfairpoint.net<br>PAUL J. GARRITY LAW OFFICES<br>14 Londonderry Road<br>Londonderry, NH 03053<br>603-434-4106 |
| MICHAEL RILEY | KEYON ROBERSON |
| By his attorney, | By his attorneys, |
| /s/ *Peter C. Horstmann*<br>Peter C. Horstmann (BBO #556377)<br>pete@horstmannlaw.com<br>LAW OFFICES OF PETER CHARLES HORSTMANN<br>450 Lexington Street, Suite 101<br>Newton, MA 02466<br>617-519-9011 | /s/ *Daniel J. Cloherty*<br>Daniel J. Cloherty (BBO #565772)<br>dcloherty@clohertysteinberg.com<br>Alexandra Arnold (BBO #706208)<br>aarnold@clohertysteinberg.com<br>CLOHERTY & STEINBERG LLP<br>One Financial Center, Suite 1120<br>Boston, MA 02111<br>617-481-0160 |

Dated: May 13, 2024

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that on May 8, 2024, I conferred by email with counsel for the government in an attempt to narrow or resolve the issues raised in this motion. The government assents to the relief sought herein.

/s/ *Daniel J. Cloherty*
Daniel J. Cloherty

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2024, this document was filed through the ECF system and will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing.

/s/ *Daniel J. Cloherty*
Daniel J. Cloherty