IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAQUORI LYONS, et al,<br><br>Defendants. | Criminal No. 23-cr-10186-ADB |

**DECLARATION OF JOHN ELLIS IN SUPPORT OF
MOTION TO APPOINT A COORDINATING DISCOVERY ATTORNEY**

I, John Ellis, declare and state as follows:

1.      I am an attorney practicing in San Diego, California. Before entering private practice in 2018, I spent thirteen years at Federal Defenders of San Diego, Inc. I have extensive experience working on complex federal cases. I currently serve as one of five National Coordinating Discovery Attorneys ("CDA") under contract with the Administrative Office of the U.S. Courts, Defender Services Office. Under this contract, Defender Services Office is responsible for payment to my staff and me.

2.      In over 80 cases throughout the country, federal district courts have appointed me to serve as a CDA. My role as a CDA is to strategize and provide support services to defense counsel by looking for cost effective methods to search and organize large amounts of discovery, while maintaining evidentiary integrity. As a lawyer, I also know of the need to avoid conflicts of interest. To avoid any conflicts, my work is limited as a consultant providing support services and not as co-counsel for the defendants. I do not provide representational services or otherwise establish an attorney-client relationship with any of the defendants. My work includes to:

- manage and, unless otherwise agreed upon with the Government, distribute discovery produced by the Government and relevant third-party information common to defense

    counsel for all defendants;

- evaluate the volume and type of discovery to determine what technologies will ensure duplicative costs are avoided and that the most efficient and cost-effective methods are identified;

- act as a liaison with the United States Attorney's Office to ensure the timely and effective exchange of discovery, resolve form of production issues, and coordinate solutions for any technical problems accessing discovery;

- Engage with third-party technology vendors and other litigation support services as needed;

- identify any additional human resources that may be needed by defense counsel for the organization and substantive review of information; and

- provide technological tools and training services to the defense teams as a group and individually to ensure efficiency locating relevant data within discovery.

3. My work helps avoid potentially hundreds of hours of duplicative time spent by defense counsel paging through large volumes of materials. I also help avoid unnecessary expenditure of services and costs because I am familiar with many third-party vendors and their pricing structures.

4. The work can be extensive. My office will catalog the receipt of all discovery, examine it for corrupt or missing files, break up scanned documents that may be many documents combined into one image, convert odd format discovery items into a format that can be reviewed by counsel, make scanned documents searchable through optical character recognition (OCR), and ensure Bates numbers are properly recorded.

5. I will look for the most cost-effective strategies to organize discovery and will consider the volume of discovery and whether the materials include more than just documents.

6. If vendor services are required for the case, my office will first file an *ex parte* and under seal funding request with the court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct on May 13, 2024.

<u>/s/ <i>John C. Ellis, Jr.</i></u><br>
John C. Ellis, Jr.