UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:23-cr-10186-ADB |
| | ) |
| JAQUORI LYONS, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**<u>ASSENTED-TO MOTION FOR PROTECTIVE ORDER REGARDING DISCOVERY</u>**

The United States of America, by and through its counsel of record, with the assent of counsel for the defendants in the above-captioned case, for the reasons set forth below, hereby requests that the Court enter a protective order in this case regarding the disclosure of data/evidence recovered from cellular phones (the "Phone Order").

1. The defendants have been indicted with conspiracy to conduct enterprise affairs through a pattern of racketeering activity, in violation of 18 U.S.C. § 1962(d) (Count Five).[1]

2. The government intends to produce to the "Defense Team" (defined below) forensic images of cellular phones, which may contain highly sensitive and personal material (the "Protected Information"), including, for example, (1) personal and sensitive sexual images and/or videos, (2) materials that are generally prohibited by correctional institutions, and/or (3) other information about victims, witnesses and/or co-conspirators pertaining to the government's

---

[1] Defendant Jaquori Lyons has additionally been indicted with conspiracy to distribute and to possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846 (Count One); possession with intent to distribute fentanyl and aiding and abetting, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 (Count Two); and possession with intent to distribute marijuana and aiding and abetting, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 (Count Three); possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A) (Count Four).

ongoing investigation. The purpose of this proposed protective order is to prevent the unauthorized dissemination or distribution of this Protected Information, which may compromise the safety ability of victims and/or witnesses, violate general prohibitions of correctional facilities, and/or seriously jeopardize the government's continuing investigation.

3. The discovery containing Protected Information that the government will provide to defense counsel in the above-captioned case will be subject to this Phone Order as follows:

A) For purposes of this Phone Order, the term "Defense Team" shall include attorneys of record, support staff, investigators and any other individuals retained to participate in the defense of this case.

B) The Defense Team shall maintain any pretrial documents/disclosures which are marked "Attorneys' Eyes Only" in accordance with this Phone Order and these materials shall be used by the Defense Team solely and exclusively in connection with the litigation and trial of this case.

C) Any pretrial documents/disclosures which are marked "Attorneys' Eyes Only" may not be disclosed and/or shown to any defendant in this case, but the Defense Team may verbally discuss such with its client.

D) Any pretrial documents/disclosures which are marked "Attorneys' Eyes Only" shall not be disclosed and/or transmitted in any way (including in writing or electronically) to any person other than the Defense Team, unless otherwise ordered by this Court, but the Defense Team may verbally discuss such with its client.

E) This Phone Order shall not apply to any documents/disclosures being made to a defendant involving (a) that defendant's personal cellular phone(s) (i.e., a phone(s) that had been possessed or owned by that specific defendant) or (b) communications made to

or from that defendant, whether found on that defendant's personal cellular phone(s) or on another cellular phone.

F) Absent further order of the Court, the terms and limitations of this Phone Order will continue to be in effect and binding following the termination of the case.

G) Execution of this Protective Order does not preclude any of the parties to this case, currently or in the future, from seeking leave from the Court to modify the conditions of this Phone Order at a later date.

4. Defense counsel assents to this motion.

5. Accordingly, the government requests that this motion be granted and that the Court enter a protective order in the form submitted herewith.

> Respectfully submitted,
>
> JOSHUA S. LEVY
> Acting United States Attorney
>
> By: */s/ Sarah B. Hoefle*
> MICHAEL J. CROWLEY
> SARAH B. HOELFE
> LUCY SUN
> Assistant United States Attorneys
>
> Dated: September 19, 2024

Certificate of Service

I hereby certify that I served the foregoing document by ECF on September 19, 2024 to all counsel of record.

> */s/ Sarah B. Hoefle*
> Sarah B. Hoefle
> Assistant U.S. Attorney