UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:23-cr-10186-ADB |
| | ) | |
| | ) | |
| JAQUORI LYONS | ) | |

**MOTION FOR HEARING ON NEW COUNSEL**

Now comes counsel for Mr. Lyons and requests that the Court schedule this matter for a hearing on appointment of new counsel at which Mr. Lyons is present. Counsel states that attempts have been made to respond to Mr. Lyons' concerns but he has maintained his request for new counsel. A hearing is warranted so that Mr. Lyons can directly present his request and reasons to the Court. Counsel is available for a hearing through December 20, 2024, but then will be unavailable until January 6, 2025 due to annual leave.

Respectfully submitted,
JAQUORI LYONS
by his attorney

*/s/ Joshua Hanye*
Joshua Hanye, BBO#661686
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061
Joshua_Hanye@fd.org

1

**<u>Certificate of Service</u>**

I, Joshua Hanye, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

| | |
|---|---|
| Date: <u>December 17, 2024</u> | */s/ Joshua Hanye*_____<br>Joshua Hanye |