UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 23-cr-10186-ADB |
| ) | |
| JAQUORI LYONS, ET AL. ) | |
| ) | |
| Defendants. ) | |

NOTICE OF APPEARANCE

I hereby give notice of my appearance as counsel for the United States of America in this matter.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ David Cutshall*
David Cutshall
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ David Cutshall*
David Cutshall
Assistant U.S. Attorney

Dated: February 24, 2025