UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.     CRIMINAL CASE NO.   1:23-cr-10186-ADB

Jaquori Lyons. Et al

ORDER OF EXCLUDABLE DELAY

In accordance with the Speedy Trial Act of 1974, as amended, this Court hereby orders excludable delay for the time periods and for the reasons checked below.

| April 14, 2025 | /s/ Donald L. Cabell |
|---|---|
| Date | U.S. Magistrate Judge |

REFER TO DOCUMENT(S) # _____

| | | | | |
|---|---|---|---|---|
| [ ] | XA | ____ | Proceedings including examinations to determine mental competency or physical capacity | 18 U.S.C.§3161(h)(1)(A) |
| [ ] | XC | | Trial on other charges against defendant | 18 U.S.C.§3161(h)(1)(B) |
| [ ] | XD | ____ | Interlocutory Appeal | 18 U.S.C.§3161(h)(1)(C) |
| [ ] | XE | ____ | Pretrial motions from filing date to hearing or disposition | 18 U.S.C.§3161(h)(1)(D) |
| [ ] | XF | ____ | Transfer (Rule 20) or Removal (Rule 5) proceedings | 18 U.S.C.§3161(h)(1)(E) |
| [ ] | XG | ____ | Proceedings under advisement | 18 U.S.C.§3161(h)(1)(H) |
| [ ] | XH | ____ | Miscellaneous proceedings concerning defendant | 18 U.S.C.§3161(h)(1) |
| [ ] | XI | ____ | Prosecution deferred | 18 U.S.C.§3161(h)(2) |
| [ ] | XJ | ____ | Transportation from other district | 18 U.S.C.§3161(h)(1)(F) |
| [ ] | XK | ____ | Consideration of proposed plea agreement | 18 U.S.C.§3161(h)(1)(G) |
| [ ] | XM | ____ | Absence or unavailability of defendant or essential government witness | 18 U.S.C.§3161(h)(3) |
| [ ] | XN | ____ | Period of mental or physical incompetency or physical inability to stand trial | 18 U.S.C.§3161(h)(4) |
| [ ] | XP | | Superseding indictment and/or new charges | 18 U.S.C.§3161(h)(5) |
| [ ] | XR | ____ | Defendant joined with co-defendant for whom time has not run | 18 U.S.C.§3161(h)(6) |
| [ ] | XU | ____ | Time from first arraignment to withdrawal of guilty plea | 18 U.S.C.§3161(i) |
| [ ] | XW | ____ | Grand Jury indictment time extended | 18 U.S.C.§3161(b) |
| [X] | XT | 4/11/25-5/22/25 | Continuance granted in the interest of justice** | 18 U.S.C.§3161(h)(7)(A) |

**The Court finds that the interests of justice in this case, *i.e.*, to provide the parties additional time to seek additional discovery, and for the defendant to consider the need for pre-trial motions, outweigh the best interests of the public and defendant for a trial within seventy days of the filing date (and making public) of the indictment. I further find that not granting this continuance would deny counsel for both the government and the defendant a reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).