UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,            )
    *Appellee,*                      )
                                     )
    v.                               ) Docket No. 1:23-CR-10186
                                     )
JAQUORI LYONS,                       )
    *Defendant-Appellant.*           )
_____)

**EX PARTE MOTION OF COUNSEL FOR THE DEFENDANT TO WITHDRAW**

The undersigned counsel here moves to withdraw her appearance in the above-referenced action. In support thereof, counsel states that █████████████████████████████████████

████████████████████████████████

█████████████████████████████████████

████████████████████████████████

████████████████████████████████

Respectfully Submitted,
JAQUORI LYONS
By Counsel,
*/s/ Dana Goldblatt*
Massachusetts BBO# 601022
The Law Office of Dana Goldblatt
150 Main Street, Rm 395

1

2

P.O. Box 85
Northampton, MA 01060
413-570-4136
dana@danagoldblattlaw.com