UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                            )
UNITED STATES OF AMERICA,      )
   *Appellee,*                                        )
                                                            )
   v.                                                      ) Docket No. 1:23-CR-10186
                                                            )
JAQUORI LYONS,                             )
   *Defendant-Appellant.*                      )
_____)

## EX PARTE MOTION OF COUNSEL FOR THE DEFENDANT TO WITHDRAW

The undersigned counsel here moves to withdraw her appearance in the above-referenced action. In support thereof, counsel states that ███████████████████████████████████████

███████████████████████████████

████████████████████████████████

██████████████████████████

██████████████████████████

                                   Respectfully Submitted,
                                   JAQUORI LYONS
                                   By Counsel,
                                   */s/ Dana Goldblatt*
                                   Massachusetts BBO# 601022
                                   The Law Office of Dana Goldblatt
                                   150 Main Street, Rm 395

P.O. Box 85
Northampton, MA 01060
413-570-4136
dana@danagoldblattlaw.com

2