UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
    *Appellee,*                         )
                                    )
    v.                              ) Docket No. 1:23-CR-10186
                                    )
JAQUORI LYONS,                      )
    *Defendant-Appellant.*            )
_____)

### EX PARTE MOTION FOR IN-PERSON HEARING

The Defendant, through counsel, here asks this court to hear the Defendant's motion for counsel's withdrawal, currently scheduled for October 17, 2025, at 12:00 (Doc. 423) in person and not on zoom. As reason therefor he asserts that he prefers to conduct any colloquy with the court in person and not remotely.

    Respectfully Submitted,
    JAQUORI LYONS
    By Counsel,
    */s/ Dana Goldblatt*
    Massachusetts BBO# 601022
    The Law Office of Dana Goldblatt
    150 Main Street, Rm 395
    P.O. Box 85
    Northampton, MA 01060
    413-570-4136
    dana@danagoldblattlaw.com