UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 23-cr-10186-ADB |
| ) | |
| JAQUORI LYONS, et al.  ) | |

### MEMORANDUM PURSUANT TO LOCAL RULE 116.5(b) AND MOTION FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT THROUGH NEXT STATUS CONFERENCE

The United States' Attorney hereby submits this status memorandum addressing the issues set forth in Local Rule 116.5(b)(1) through (b)(10).

The parties request that another Interim Status Conference be set in 45-60 days to allow the parties to continue in the discovery process and to prepare for trial. The parties further move that time be excluded under the Speedy Trial Act to the next date set by the Court as the additional time is necessary to review discovery and to prepare for trial.

As of the present date, four defendants have pled guilty. The government is engaged in plea discussions with the remaining defendants, except for defendant Carrasquillo who has been appointed new counsel in the last few weeks.  The government anticipates that a number of defendants will be resolving the

1

matter in the near future. The government is prepared to meet with new counsel to review the case against Carrasquillo and related discovery.

The government has met with counsel for Defendant Ford based on a discovery request for state grand jury transcripts involving a shooting/homicide. The parties are in the process of trying to resolve this issue.

Speedy Trial Act

Parties have moved for the exclusion of time from September 18, 2025, though March 6, 2026, in a separate pleading which has not been ruled on as of the present date. The parties further move for the exclusion of time under the Speedy Trial Act to the next scheduled Status Conference in the interests of justice given the ongoing discovery process as such time is necessary for the parties to review the extensive discovery, resolve outstanding discovery issues, and prepare for trial. Based upon the nature of the racketeering case, the parties have requested that the case be designated as complex pursuant to 18 U.S.C. §3161(h)(7)(B)(ii).

(b)(1) and (2)

As noted previously, and as discussed at the last Status Conference, the discovery produced to date has been extensive. The defendants are in the process of reviewing the discovery

productions and may make additional discovery requests based upon their review.

(b)(3)

The government expects automatic discovery has been completed.  Additional discovery may also be necessary based upon requests by the defendants, such as the discovery discussed above concerning defendant Ford.  The government will also supplement automatic discovery with any discovery received from local investigations that are relevant to the RICO conspiracy, including materials that are presently sealed/impounded in prior state cases.

(b)(4)

The parties have finalized a protective order to be used in the production of phone data from seized cellular phones. Additional protective orders will likely be necessary for additional sensitive materials, including materials related to potential cooperators and/or trial witnesses.

(b)(5)

The parties request that motion dates be set at a later Status Conference.

(b)(6)

The parties request that the timing of expert reports be set at a later date due to the complexity of this case and the need to meet and confer as to an appropriate disclosure schedule prior to any trial.

(b)(7)

No defense of insanity, public authority or alibi are expected at this time.

(b)(8)

See above.

(b)(9)

The government is engaged in substantive plea discussions with almost all of the defendants. Four defendants have pled guilty. The parties further request that estimated length of a potential trial be provided at a later date to allow the defendants to review discovery regarding the primary RICO conspiracy charge. As noted above, such discovery is extensive. The government may add additional charges, but such charges would not necessitate significant additional discovery.

(b)(10)

The parties request an interim status conference in 45-60 days to allow discovery to continue and the defendants to review the discovery and prepare for trial.

                                            Respectfully submitted,

                                            LEAH B. FOLEY
                                            United States Attorney

                                            */s/ Michael Crowley*
                                            MICHAEL CROWLEY
                                            SARAH HOEFLE
                                            DAVID CUTSHALL
                                            Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the below date.

                                        */s/ Michael Crowley*
March 5, 2026                    Michael Crowley
                                        Assistant U.S. Attorney