UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            )
                                    )
        v.                          )
                                    )    Criminal No. 23-cr-10186-ABD
JAQUORI LYONS                       )
                                    )
            Defendant               )

## STATUS REPORT

The Defendant in the above-captioned matter submits this status report for the Court's consideration.  Present counsel was appointed as successor counsel to the Defendant. The Defendant and the Government are currently engaged in negotiations to resolve this matter without a trial.  At this time the Defendant does not contemplate filing substantive motions but would reserve his right to file them in the future.  There are no outstanding issues with discovery and the Defendant does not expect to file any specific discovery requests at this time. The Defendant continues to expect the Government to provide some considerate focus of the current discovery to assist counsel in determining the parameters of a possible plea agreement. The Defendant has been detained since the inception of this case.

The parties are jointly requesting a further status date to a date and time that is convenient to the court.

The Defendant agrees (and waives his rights to a speedy trial) that the time between this date and the next status date should be excluded from the speedy trial calculation.  The time

between this date and the next status will necessary for the parties to further discussions regarding resolution of the matter without the need for a trial.

April 9, 2026

Respectfully submitted,
JAQUORI LYONS,
By and through his Attorney,

/s/ *Charles E. Dolan*

_____

Charles E. Dolan, Esquire
BBO #: 546344
Raipher, P.C.
265 State Street
Springfield, MA 01103
Tel. No.: (413) 746-4400
Fax. No.: (413) 746-5353
E-mail: ced@raipher.com

## Certificate of Service

I, Charles E. Dolan, hereby certify that on this the 9th day of April, 2026, I have served all parties of record registered with ECF for this matter with a true copy of the foregoing motion by virtue of transmitting the same to the Court via the CM/ECF system.

/s/ *Charles E. Dolan*

_____

Charles E. Dolan, Esquire

2