UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 23-cr-10186-ADB |
| | ) | |
| JAQUORI LYONS, et al. | ) | |

MEMORANDUM PURSUANT TO LOCAL RULE 116.5(b) AND MOTION FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT THROUGH NEXT STATUS CONFERENCE

The United States' Attorney hereby submits this status memorandum addressing the issues set forth in Local Rule 116.5(b)(1) through (b)(10).

The parties request that another Interim Status Conference be set in 45 days to allow the parties to continue in the discovery process and to prepare for trial. The parties further move that time be excluded under the Speedy Trial Act to the next date set by the Court as the additional time is necessary to review discovery and to prepare for trial.

On May 12, 2026, Defendant Amani Perkins filed a motion seeking new counsel.

Defendant Joan Avalo-Quezada has a Rule 11 plea hearing set for May 19, 2026.

Defendant Tyrre Herring is pleading guilty. The parties are finalizing the plea agreement.

Defendant Trevon Bell is pleading guilty.

Defendant McKinney is likely to plead guilty.  The parties are working on finalizing the terms his plea agreement.

Defendant Dominique Finch and the government are negotiating the terms of a final plea agreement for a Rule 11 hearing.

Defendant Zion Ford and the government have had communications about his plea.  Ford is seeking discovery related to a state grand jury on a criminal case that is still open in the state.  The government is unsure that such materials can be produced at this time in light of state confidentiality issues.

Defendant Lyons and the government have discussed a plea agreement.  The government will be sending materials to Lyons either today or tomorrow regarding issues involved in the plea.

Counsel for Keonte Campbell and the government are communicating regarding a potential resolution.  The government is in the process or draft a potential plea agreement for review.

Counsel for the government met new counsel for Defendant Amos Carrasquillo to review the case against Carrasquillo, and related discovery, as well as to discuss a the government's proposed framework for a potential resolution.  Given that counsel for Defendant Carrasquillo were recently appointed, counsel is still reviewing discovery which is extensive.

Speedy Trial Act

The Court has excluded time through May 13, 2026, in a separate pleading which has not been ruled on as of the present date.  The parties further move for the exclusion of time under the Speedy Trial Act to the next scheduled Status Conference in the interests of justice given the ongoing discovery process as such time is necessary for the parties to review the extensive discovery, resolve outstanding discovery issues, and prepare for trial.  Based upon the nature of the racketeering case, the parties have requested that the case be designated as complex pursuant to 18 U.S.C. §3161(h)(7)(B)(ii).

(b)(1) and (2)

As noted previously, and as discussed at the last Status Conference, the discovery produced to date has been extensive. The defendants are in the process of reviewing the discovery

productions and may make additional discovery requests based upon their review.

(b)(3) and (4)

The government expects automatic discovery has been completed.  Additional discovery may also be necessary based upon requests by the defendants, such as the requested grand jury discovery discussed concerning defendant Ford.  The government will also supplement automatic discovery with any discovery received from local investigations that are relevant to the RICO conspiracy, including materials that are presently sealed/impounded in prior state cases.

The parties have finalized a protective order to be used in the production of phone data from seized cellular phones. Additional protective orders will likely be necessary for additional sensitive materials, including materials related to potential cooperators and/or trial witnesses.

(b)(5)

The parties request that motion dates be set at a later Status Conference.

(b)(6)

The parties request that the timing of expert reports be set at a later date due to the complexity of this case and the

need to meet and confer as to an appropriate disclosure schedule prior to any trial.

(b)(7)

No defense of insanity, public authority or alibi are expected at this time.

(b)(8)

See above.

(b)(9)

The government is engaged in plea discussions with all the remaining defendants as discussed above.  The parties further request that estimated length of a potential trial be provided at a later date to allow the defendants to review discovery regarding the primary RICO conspiracy charge.  As noted above, such discovery is extensive.  The government may add additional charges, but such charges would not necessitate significant additional discovery.

(b)(10)

The parties request an interim status conference in 45 days to allow discovery to continue and the defendants to review the discovery and prepare for trial.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

/s/ *Michael Crowley*
MICHAEL CROWLEY
DAVID CUTSHALL
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the below date.

/s/ *Michael Crowley*

May 12, 2026        Michael Crowley
Assistant U.S. Attorney