UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
          v.                      )   No. 23-cr-10186-ADB
                                  )
JAQUORI LYONS, et al.             )


MEMORANDUM PURSUANT TO LOCAL RULE 116.5(b) AND MOTION FOR
EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT THROUGH NEXT STATUS
CONFERENCE

The United States' Attorney hereby submits this status memorandum addressing the issues set forth in Local Rule 116.5(b)(1) through (b)(10).

The parties request that another Interim Status Conference be set in 45 days to allow the parties to continue in the discovery process and to prepare for trial. The parties further move that time be excluded under the Speedy Trial Act to the next date set by the Court as the additional time is necessary to review discovery and to prepare for trial.

Defendants' Status

On May 12, 2026, Defendant Amani Perkins filed a motion seeking new counsel.  This motion is still pending.

Defendant Zion Ford and the government have had communications about his plea.  Ford is seeking discovery

-1-

related to a state grand jury on a criminal case that is still open in the state.  Defendant Ford will be filing a motion for discovery of the production of state grand jury minutes and also a motion for a bill of particulars.  Ford is still preparing for trial.

Defendant Lyons and the government are in discussions for a plea agreement to resolve the case.  As part of these discussions, the government will be sending additional materials to Lyons regarding issues involved in a shooting incident.

Counsel for Keonte Campbell and the government are communicating regarding a potential resolution.  The government is in the process of drafting a potential plea agreement for review.  Campbell is also seeking to be admitted to the RISE program in this District.

Defendant Amos Carrasquillo obtained new counsel recently. The government has met with new counsel to discuss aspects of the case and discovery.  The government is also preparing an analysis of the relevant Sentencing Guidelines for Carrasquillo's counsel per their request.  Counsel for Carrasquillo is still reviewing discovery and preparing for trial.

Defendant Joan Avalo-Quezada has pled guilty in this case along with a companion criminal case.

Defendant Trevon Bell has pled guilty.

Defendant Tyrre Herring is pleading guilty in this case, and a Rule 11 plea hearing has been set for this plea.

Defendant McKinney is likely to plead guilty.  The parties are working on finalizing the terms his plea agreement.

Defendant Dominique Finch and the government are finalizing a plea agreement and then will set the matter for a Rule 11 hearing.

<u>Speedy Trial Act</u>

The Court has excluded time through May 13, 2026.  There is a pending motion to exclude time from May 13, 2026, through June 10, 2026, which was filed on May 12, 2026.  The parties further move for the exclusion of time under the Speedy Trial Act to the next scheduled Status Conference in the interests of justice given the ongoing discovery process as such time is necessary for the parties to review the extensive discovery, resolve outstanding discovery issues, and prepare for trial.  Based upon the nature of the racketeering case, the parties have requested that the case be designated as complex pursuant to 18 U.S.C. §3161(h)(7)(B)(ii).

(b)(1) and (2)

As noted previously, the discovery produced to date has been extensive.  The defendants are in the process of reviewing the discovery productions and may make additional discovery requests based upon their review.

(b)(3) and (4)

Additional discovery may also be necessary based upon requests by the defendants, such as the requested grand jury discovery discussed concerning defendant Ford discussed above. The government will also supplement automatic discovery with any discovery received from local investigations that are relevant to the RICO conspiracy, including materials that are presently sealed/impounded in prior state cases.

The parties have finalized a protective order to be used in the production of phone data from seized cellular phones. Additional protective orders will likely be necessary for additional sensitive materials, including materials related to potential cooperators and/or trial witnesses.

(b)(5)

The parties request that motion dates be set at a later Status Conference.

(b)(6)

The parties request that the timing of expert reports be set at a later date due to the complexity of this case and the need to meet and confer regarding an appropriate disclosure schedule prior to any trial.

(b)(7)

No defense of insanity, public authority or alibi are expected at this time.

(b)(8)

See above.

(b)(9)

The government is engaged in plea discussions with all the remaining defendants as discussed above.  The parties further request that estimated length of a potential trial be provided at a later date to allow the defendants to review discovery regarding the primary RICO conspiracy charge.  As noted above, such discovery is extensive.  The government may add additional charges, but such charges would not necessitate significant additional discovery.

(b)(10)

The parties request an interim status conference in 45 days to allow discovery to continue and the defendants to review the discovery and prepare for trial.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

*/s/ Michael Crowley*
MICHAEL CROWLEY
DAVID CUTSHALL
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the below date.

June 9, 2026

/s/ *Michael Crowley*
Michael Crowley
Assistant U.S. Attorney

-6-