**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | )    **Docket No. 23cr10186-ADB** |
| | ) |
| **JAQOURI LYONS** | ) |
| **Defendant** | ) |

## <u>MOTION TO RELOCATE THE DEFENDANT'S DETENTION</u>

Jaquori Lyons, through his counsel, Charles E. Dolan respectfully requests the Court to direct the United States Marshal's Service to relocate the Defendant from the Hampden County House of Corrections in Ludlow, Massachusetts to the Wyatt Detention Center in Central Falls, Rhode Island.

The Defendant has been detained in this case since May 25, 2023, and has been held at the Hampden County House of Corrections in Ludlow, Massachusetts for almost one-half of that time (since February 12, 2025).

The Defendant has not been able to have even one family visit during that time. While he is able to communicate with his family via phone, he has not had any face-to-face contact with his family and children. The family is unable to travel to Ludlow, Massachusetts and public transportation to the facility is extremely difficult and time consuming. Not having close contact with family members, his children and their mother is a difficult hardship. Mr. Lyons is requesting the Court direct the United States Marshall's Service to transfer him to the Wyatt Detention Center. His family has the ability and the means (although still difficult) to travel there for visits.

Respectfully submitted,

JAQOURI LYONS,
By and through his attorney,

/s/ *Charles E. Dolan*

_____

Charles E. Dolan, Esquire
BBO #: 546344
Raipher, P.C.
265 State Street
Springfield, MA 01103
Tel. No.: (413) 746-4400
E-mail: ced@raipher.com

**<u>Certificate of Service</u>**

I, Charles E. Dolan, hereby certify that on the 22nd day of June 2026, I have served all parties of record registered with ECF for this matter with a true copy of the foregoing motion by virtue of transmitting the same to the Court via the CM/ECF system.

/s/ *Charles E. Dolan*

_____

Charles E. Dolan, Esquire