UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 23-cr-10186-ADB |
| | ) | |
| JAQUORI LYONS, et al. | ) | |

MEMORANDUM PURSUANT TO LOCAL RULE 116.5(b) AND MOTION FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT THROUGH NEXT STATUS CONFERENCE

The United States Attorney hereby submits this status memorandum addressing the issues set forth in Local Rule 116.5(b)(1) through (b)(10).

The parties request that another Interim Status Conference be set in 45 days to allow the parties to continue in the discovery process and to prepare for trial. The parties further move that time be excluded under the Speedy Trial Act to the next date set by the Court as the additional time is necessary to review discovery and to prepare for trial.

Defendants' Status

On May 12, 2026, Defendant Amani Perkins filed a motion seeking new counsel.  This motion is still pending.  A hearing has been set for July 29, 2026.

-1-

Defendant Zion Ford has filed two motions.  The government is in the process of responding to the motions and the motions are pending.

Defendant Dominique Finch and the government have finalized a plea agreement and expect that Rule 11 will be set.

Defendant Lyons and the government are in discussions for a plea agreement to resolve the case.

Counsel for Keonte Campbell and the government are communicating regarding a potential resolution.  The government is in the process of drafting a potential plea agreement for review.

Defendant Amos Carrasquillo obtained new counsel.  The government has met with new counsel to discuss aspects of the case and discovery.  The government is also preparing an analysis of the relevant Sentencing Guidelines for Carrasquillo's counsel per their request.  Counsel for Carrasquillo is still reviewing discovery and preparing for trial.

Defendant McKinney is likely to plead guilty.  The parties are working on finalizing the terms his plea agreement.

Defendant Joan Avalo-Quezada has pled guilty in this case along with a companion criminal case.

Defendant Trevon Bell has pled guilty.

Defendant Tyrre Herring has pled guilty in this case.

Speedy Trial Act

The Court has excluded time through July 27, 2026.  The parties further move for the exclusion of time under the Speedy Trial Act to the next scheduled Status Conference in the interests of justice given the ongoing discovery process as such time is necessary for the parties to review the extensive discovery, resolve outstanding discovery issues, and prepare for trial.  Based upon the nature of the racketeering case, the parties have requested that the case be designated as complex pursuant to 18 U.S.C. §3161(h)(7)(B)(ii).

(b)(1) and (2)

As noted previously, the discovery produced to date has been extensive.  The defendants are in the process of reviewing the discovery productions and may make additional discovery requests based upon their review.

(b)(3) and (4)

Additional discovery may also be necessary based upon requests by the defendants, such as the requested grand jury discovery discussed concerning defendant Ford.  The government will also supplement automatic discovery with any discovery

received from local investigations that are relevant to the RICO conspiracy, including materials that are presently sealed/impounded in prior state cases.

(b)(5)

The parties request that motion dates be set at a later Status Conference.

(b)(6)

The parties request that the timing of expert reports be set at a later date due to the complexity of this case and the need to meet and confer regarding an appropriate disclosure schedule prior to any trial.

(b)(7)

No defense of insanity, public authority or alibi are expected at this time.

(b)(8)

See above.

(b)(9)

The government is engaged in plea discussions with all the remaining defendants as discussed above.  The parties further request that estimated length of a potential trial be provided at a later date to allow the defendants to review discovery regarding the primary RICO conspiracy charge.  As noted above,

such discovery is extensive.  The government may add additional charges, but such charges would not necessitate significant additional discovery.

(b)(10)

The parties request an interim status conference in 45 days to allow discovery to continue and the defendants to review the discovery and prepare for trial.

                                    Respectfully submitted,

                                    LEAH B. FOLEY
                                    United States Attorney

                                    /s/ Michael Crowley
                                    MICHAEL CROWLEY
                                    Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the below date.

                                    /s/ Michael Crowley
July 24, 2026                       Michael Crowley
                                    Assistant U.S. Attorney

-5-