UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 23-cr-10186-ADB |
| | ) | |
| JAQUORI LYONS, et al. | ) | |

MEMORANDUM PURSUANT TO LOCAL RULE 116.5(b) AND MOTION FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT THROUGH NEXT STATUS CONFERENCE

The United States Attorney hereby submits this status memorandum addressing the issues set forth in Local Rule 116.5(b)(1) through (b)(10).

The parties request that another Interim Status Conference be set in 45 days to allow the parties to continue in the discovery process and to prepare for trial. The parties further move that time be excluded under the Speedy Trial Act to the next date set by the Court as the additional time is necessary to review discovery and to prepare for trial.

Defendants' Status

Defendant Zion Ford has filed two motions. The motions are set for hearing in late September.

The government and Defendant Amani Perkins are engaged in settlement negotiations.

Defendant Dominique Finch and the government have finalized a plea agreement and are working out minor details related to the Rule 11 hearing.

Defendant Lyons and the government are in discussions for a plea agreement to resolve the case and counsel met last week on this topic.

The government is working on a plea offer for Keonte Campbell based on pending sentencings and the Sentencing Guidelines ranges associated with them.

Defendant Amos Carrasquillo obtained new counsel recently. The government has met with new counsel to discuss a potential plea agreement. The government also provided counsel with targeted discovery concerning a potential plea. Counsel for Carrasquillo is still reviewing discovery and preparing for trial.

The government is waiting for a response from Defendant McKinney as to the terms his plea agreement.

Speedy Trial Act

The Court has excluded time through September 14, 2026. The parties further move for the exclusion of time under the Speedy Trial Act to the next scheduled Status Conference in the interests of justice given the ongoing discovery process as such

time is necessary for the parties to review the extensive discovery, resolve outstanding discovery issues, and prepare for trial. Based upon the nature of the racketeering case, the parties have requested that the case be designated as complex pursuant to 18 U.S.C. §3161(h)(7)(B)(ii).

(b)(1) and (2)

As noted previously, the discovery produced to date has been extensive. The defendants are in the process of reviewing the discovery productions and may make additional discovery requests based upon their review.

(b)(3) and (4)

Additional discovery may also be necessary based upon requests by the defendants, such as the requested grand jury discovery discussed concerning defendant Ford. The government will also supplement automatic discovery with any discovery received from local investigations that are relevant to the RICO conspiracy, including materials that are presently sealed/impounded in prior state cases.

(b)(5)

The parties request that motion dates be set at a later Status Conference.

(b)(6)

The parties request that the timing of expert reports be set at a later date due to the complexity of this case and the need to meet and confer regarding an appropriate disclosure schedule prior to any trial.

(b)(7)

No defense of insanity, public authority or alibi are expected at this time.

(b)(8)

See above.

(b)(9)

The government is engaged in plea discussions with all the remaining defendants as discussed above. The parties further request that estimated length of a potential trial be provided at a later date to allow the defendants to review discovery regarding the primary RICO conspiracy charge. As noted above, such discovery is extensive. The government may add additional charges, but such charges would not necessitate significant additional discovery.

(b)(10)

The parties request an interim status conference in 45 days to allow discovery to continue and the defendants to review the discovery and prepare for trial.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

*/s/ Michael Crowley*
MICHAEL CROWLEY
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the below date.

*/s/ Michael Crowley*
September 11, 2026 Michael Crowley
Assistant U.S. Attorney