UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 23-cr-10186-ADB |
| | ) | |
| JAQUORI LYONS, et al. | ) | |

MEMORANDUM PURSUANT TO LOCAL RULE 116.5(b) AND MOTION FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT THROUGH NEXT STATUS CONFERENCE

The United States Attorney hereby submits this status memorandum addressing the issues set forth in Local Rule 116.5(b)(1) through (b)(10).

The parties request that the Court set a Final Status Conference in 45 days to allow the parties to finalize the discovery process and to prepare for trial. At the Final Status Conference, the parties will seek to have the matter sent to the District Court for trial proceedings. The parties further move that time be excluded under the Speedy Trial Act to the Final Status Conference date set by the Court as the additional time is necessary to review discovery and to prepare for trial.

Defendants' Status

Defendant Zion Ford has received additional discovery materials from the government and is seeking a final continuance to review the discovery.

The government and Defendant Amani Perkins are engaged in settlement negotiations.

Defendant Dominique Finch and the government have finalized a plea agreement and are working out details related to the Rule 11 hearing.

Defendant Lyons is seeking to plead guilty. The government is in the process of sending a plea offer to Lyons.

The government is working on a plea offer for Keonte Campbell based on pending sentencings and the Sentencing Guidelines ranges associated with them. One of those proceedings is set to occur within the next couple weeks before the District Court.

Counsel for defendant Amos Carrasquillo is still reviewing discovery and preparing for trial as they were the most recently appointed counsel.

The government is waiting for a response from Defendant McKinney as to the terms his plea agreement.

Speedy Trial Act

The Court has excluded time through October 16, 2026. The parties further move for the exclusion of time under the Speedy Trial Act to the Final Status Conference in the interests of justice given the ongoing discovery process as such time is necessary for the parties to review the extensive discovery, resolve outstanding discovery issues, and prepare for trial. Based upon the nature of the racketeering case, the parties have requested that the case be designated as complex pursuant to 18 U.S.C. §3161(h)(7)(B)(ii).

(b)(1) and (2)

As noted previously, the discovery produced to date has been extensive. The defendants are in the process of reviewing the discovery productions and may make additional discovery requests based upon their review.

(b)(3) and (4)

The government will also supplement automatic discovery with any discovery received from local investigations that are relevant to the RICO conspiracy, including materials that are presently sealed/impounded in prior state cases.

<u>(b)(5)</u>

The parties request that motion dates be set at a later Status Conference.

<u>(b)(6)</u>

The parties request that the timing of expert reports be set at a later date due to the complexity of this case and the need to meet and confer regarding an appropriate disclosure schedule prior to any trial.

<u>(b)(7)</u>

No defense of insanity, public authority or alibi are expected at this time.

<u>(b)(8)</u>

See above.

<u>(b)(9)</u>

The government is engaged in plea discussions with all the remaining defendants as discussed above. The parties further request that estimated length of a potential trial be provided at a later date to allow the defendants to review discovery regarding the primary RICO conspiracy charge. As noted above, such discovery is extensive. The government may add additional

charges, but such charges would not necessitate significant additional discovery.

(b)(10)

The parties request a Final Status Conference in 45 days to allow discovery to continue and the defendants to review the discovery and prepare for trial.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

*/s/ Michael Crowley*
MICHAEL CROWLEY
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the below date.

*/s/ Michael Crowley*
October 14, 2026 Michael Crowley
Assistant U.S. Attorney