**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **Docket No. 23-cr-10186-ADB** |
| **JAQUORI LYONS** | ) | |
| **Defendant (1)** | ) | |

**EX PARTE MOTION TO WITHDRAW AS CJA COUNSEL**

Charles E. Dolan, as CJA counsel for the above-named Defendant, respectfully requests the Court to allow present counsel to withdraw as the Defendant's attorney.

There has been an irreparable breakdown in the Attorney-Client relationship. The Defendant has communicated that he has lost all confidence in my ability to effectively act as his attorney. Consistent with my ethical obligations and requirements I would respectfully state that the Defendant requires new counsel. Under the current circumstances counsel is unable to effectively represent the interests of the Defendant. I respectfully request this Court allow my withdrawal and the appointment of substitute counsel.

Respectfully submitted,
JAQUORI LYONS,
By and through his attorney,

/s/ *Charles E. Dolan*

Charles E. Dolan, Esquire
BBO #: 546344
Raipher, P.C.
265 State Street

Springfield, MA 01103
Tel. No.: (413) 746-4400
Fax. No.: (413) 746-5353
E-mail: ced@raipher.com

**Certificate of Service**

I, Charles E. Dolan, hereby certify that on this 23RD of October 2026, I have served all parties of record registered with ECF for this matter with a true copy of the foregoing motion by virtue of transmitting the same to the Court via the CM/ECF system.

/s/ *Charles E. Dolan*

Charles E. Dolan, Esquire