**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **Docket No. 23-cr-10186-ADB** |
| **JAQUORI LYONS** | ) | |
| **Defendant (1)** | ) | |

**<u>SECOND EX PARTE MOTION TO WITHDRAW AS CJA COUNSEL</u>**

Charles E. Dolan, as CJA counsel for the above-named Defendant, respectfully requests the Court to allow present counsel to withdraw as the Defendant's attorney.

There has been an irreparable breakdown in the Attorney-Client relationship. The Defendant has communicated that he has lost all confidence in my ability to effectively act as his attorney. Consistent with my ethical obligations and requirements I would respectfully state that the Defendant requires new counsel. Since the last hearing before this court, despite significant efforts, I would aver that the attorney-client relationship has not improved and, in fact, has deteriorated even further. Under the current circumstances counsel is unable to effectively represent the interests of the Defendant. I respectfully request this Court allow my withdrawal and the appointment of substitute counsel.

Counsel conferred with AUSA Micael Crowley regarding this situation. He wanted to inform the Court that he is unavailable until December 1, 2026.

Respectfully submitted,
JAQUORI LYONS,
By and through his attorney,

/s/ *Charles E. Dolan*

Charles E. Dolan, Esquire
BBO #: 546344
Raipher, P.C.
265 State Street
Springfield, MA 01103
Tel. No.: (413) 746-4400
Fax. No.: (413) 746-5353
E-mail: ced@raipher.com

**Certificate of Service**

I, Charles E. Dolan, hereby certify that on the 19th of November 2026, I have served all parties of record registered with ECF for this matter with a true copy of the foregoing motion by virtue of transmitting the same to the Court via the CM/ECF system.

/s/ *Charles E. Dolan*

Charles E. Dolan, Esquire