**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **Docket No. 23-cr-10186-ADB** |
| **JAQUORI LYONS** | ) | |
| **Defendant (1)** | ) | |

**REQUEST TO CANCEL HEARING ON THE SECOND MOTION TO WITHDRAW AS CJA COUNSEL**

Charles E. Dolan, as counsel for the above-named Defendant, respectfully requests to withdraw the Second Motion to Withdraw as CJA Counsel (Docket Entry #720) and to cancel the Hearing on the matter scheduled for December 3, 2026. (Docket Entry #726).

The Defendant has informed counsel that he wishes to proceed with me as his attorney. I respectfully request this Court to allow the motion to withdraw my request to terminate representation of the Defendant.

Counsel conferred with AUSA Michael Crowley regarding my intention to remain as the Defendant's attorney.

Respectfully submitted,
JAQUORI LYONS,
By and through his attorney,

/s/ *Charles E. Dolan*

Charles E. Dolan, Esquire
BBO #: 546344
Raipher, P.C.
265 State Street
Springfield, MA 01103

Tel. No.: (413) 746-4400
Fax. No.: (413) 746-5353
E-mail: ced@raipher.com

**Certificate of Service**

I, Charles E. Dolan, hereby certify that on the 25th of November 2026, I have served all parties of record registered with ECF for this matter with a true copy of the foregoing motion by virtue of transmitting the same to the Court via the CM/ECF system.

/s/ *Charles E. Dolan*
___________________________
Charles E. Dolan, Esquire